[No. 24212–1–I.   Division One.   December 31, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
EDWIN SULLIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03182–9, Mary Wicks Brucker, J.,
entered June 7, 1989. *Affirmed* by unpublished opinion per
Ringold, J. Pro Tem., concurred in by Grosse, A.C.J., and
Scholfield, J.

[No. 24705–1–I.   Division One.   December 31, 1990.]

CHRIS DEMOPOLIS, *Appellant,* v. JOHN WILLIAM
RAWLING, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 86–2–24806–4, James D. McCutcheon, Jr., and
Lloyd W. Bever, JJ., entered December 3, 1987 and
November 3, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 24892–8–I.   Division One.   December 31, 1990.]

*In the Matter of the Marriage of* BRIAN FREDERICK
STIVERS, *Appellant, and* MARY ELIZABETH
STIVERS, *Respondent.*

Appeal from judgments of the Superior Court for Snoho-
mish County, No. 81–3–02131–1, John E. Rutter, Jr., J.,
entered August 8 and September 8, 1989. *Reversed* by
unpublished opinion per Coleman, C.J., concurred in by
Grosse and Baker, JJ.